PATRICK J. FOLAN (STATE BAR #125340)
ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
21515 Hawthorne Boulevard, Suite 1120
Torrance, California 90503-6504
Telephone:  (310) 792-1075
Facsimile:  (310) 792-0635

Attorneys for Plaintiff
Morgan Stanley DW Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| Morgan Stanley DW Inc., a corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Steven Liaty, an individual; and Walter McCurdy, an individual,<br><br>　　　　　　　Defendants. | CASE NO. CIV. S-04-2069 WBS DAD<br><br>**STIPULATION RE: STATUS CONFERENCE AND ORDER THEREON** |

　　　　Plaintiff Morgan Stanley DW Inc. ("Morgan Stanley") and defendants Steven Liaty ("Liaty") and Walter McCurdy ("McCurdy"), by and through their counsel of record, hereby stipulate and agree as follows:

　　　　1.　　On October 1, 2004 Morgan Stanley filed an action against Liaty and McCurdy at which time pursuant to the Order Setting Status Conference the Court Ordered Morgan Stanley and Liaty and McCurdy to confer and develop a proposed discovery plan, file a Joint Status Report no later than December 20, 2004 and further set a Status Conference for January 3, 2005 at 9:00 a.m. in Courtroom 5.

　　　　2.　　On October 4, 2004 the Court entered an Order against Liaty and McCurdy which provides, <u>inter alia</u>, that "the parties are directed to proceed toward expedited

arbitration";

3. The matter is now in arbitration before the NASD;

4. Morgan Stanley and Liaty and McCurdy wish to avoid the expense and the judicial time associated with compliance with the Court's Order Setting Status Conference and pursuant to a signed stipulation between the parties, on December 15, 2004 the Court ordered the Status Conference set for January 3, 2005 continued until May 9, 2005;

5. Pursuant to a signed stipulation between the parties, on April 14, 2005 the Court ordered the Status Conference set for May 9, 2005 continued until August 15, 2005; and

6. The Court continues to have subject matter jurisdiction over this action.

Morgan Stanley, Liaty and McCurdy again request that the Status Conference set for August 15, 2005 be continued to November 21, 2005 at 9:00 a.m., as well as all corresponding dates as described in the Order Setting Status Conference.

**SO STIPULATED:**

DATED: July ___, 2005                ST. JOHN, WALLACE, BRENNAN
                                      & FOLAN LLP


                                      By: /s/ Patrick J. Folan
                                          Patrick J. Folan
                                      Attorneys for Plaintiff
                                      Morgan Stanley DW Inc.


DATED: July ___, 2005                MCDONOUGH, HOLLAND & ALLEN


                                      By: (see attached scanned signature)
                                          Susan L. Schoenig
                                      Attorneys for Defendants
                                      Steven Liaty and Walter McCurdy

///

///

///

2

STIPULATION RE STATUS CONFERENCE AND ORDER THEREON

1  **IT IS HEREBY ORDERED** that the Status Conference set for August 15, 2005 is
2  continued to November 21, 2005 at 9:00 a.m. and the corresponding dates as described in the Order
3  Setting Status Conference are continued.

**IT IS SO ORDERED**

Dated: July 27, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION RE STATUS CONFERENCE AND ORDER THEREON