PATRICK J. FOLAN (STATE BAR #125340)
ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
21515 Hawthorne Boulevard, Suite 1120
Torrance, California 90503-6504
Telephone: (310) 792-1075
Facsimile: (310) 792-0635

Attorneys for Plaintiff
Morgan Stanley DW Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| Morgan Stanley DW Inc., a corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Steven Liaty, an individual; and Walter McCurdy, an individual,<br><br>　　　　　Defendants. | CASE NO. CIV. S-04-2069 WBS DAD<br><br>**STIPULATION RE: STATUS CONFERENCE AND ORDER THEREON** |

　　　　Plaintiff Morgan Stanley DW Inc. ("Morgan Stanley") and defendants Steven Liaty ("Liaty") and Walter McCurdy ("McCurdy"), by and through their counsel of record, hereby stipulate and agree as follows:

　　　　1.　　On October 1, 2004 Morgan Stanley filed an action against Liaty and McCurdy at which time pursuant to the Order Setting Status Conference the Court Ordered Morgan Stanley and Liaty and McCurdy to confer and develop a proposed discovery plan, file a Joint Status Report no later than December 20, 2004 and further set a Status Conference for January 3, 2005 at 9:00 a.m. in Courtroom 5.

　　　　2.　　On October 4, 2004 the Court entered an Order against Liaty and McCurdy which provides, <u>inter</u> <u>alia</u>, that "the parties are directed to proceed toward expedited

arbitration";

3. The matter is now in arbitration before the NASD;

4. Morgan Stanley and Liaty and McCurdy wish to avoid the expense and the judicial time associated with compliance with the Court's Order Setting Status Conference and pursuant to earlier signed stipulations between the parties, the Court has ordered several continuances of the Status Conference most recently continuing the Status Conference from August 15, 2005 to November 21, 2005; and

5. The Court continues to have subject matter jurisdiction over this action.

Morgan Stanley, Liaty and McCurdy again request that the Status Conference set for November 21, 2005 be continued to March 3, 2006 at 9:00 a.m., as well as all corresponding dates as described in the Order Setting Status Conference.

**SO STIPULATED:**

DATED: November ___, 2005          ST. JOHN, WALLACE, BRENNAN
                                    & FOLAN LLP


                                    By: /s/ Patrick J. Folan
                                        Patrick J. Folan
                                    Attorneys for Plaintiff
                                    Morgan Stanley DW Inc.


DATED: November ___, 2005          MCDONOUGH, HOLLAND & ALLEN


                                    By: (see attached scanned signature)
                                        Susan L. Schoenig
                                    Attorneys for Defendants
                                    Steven Liaty and Walter McCurdy

**IT IS HEREBY ORDERED** that the Status Conference set for November 21, 2005 is continued to March 3, 2006 at 9:00 a.m. and the corresponding dates as described in the Order Setting Status Conference are continued.

**IT IS SO ORDERED**

Dated: November 4, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

STIPULATION RE STATUS CONFERENCE AND ORDER THEREON